3 So.2d 914

### SMITH et al. v. STATE.

8 Div. 139.

Supreme Court of Alabama.

July 29, 1941.

Rehearing Denied Oct. 9, 1941.

W. L. Chenault, of Russellville, for petitioners.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

BROWN, Justice.

The petitioners here seek to review the Court of Appeals on a conclusion of fact, when there is no opinion treating the facts.

The petition does not present a case for review under uniform rulings here.

Writ of certiorari denied.

GARDNER, C. J., and THOMAS, BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.

KNIGHT, J., not sitting.

4 So.2d 178

### Ollie COUNTS v. STATE.

8 Div. 141.

Supreme Court of Alabama.

Oct. 9, 1941.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

FOSTER, Justice.

Petition of Ollie Counts for certiorari to the Court of Appeals to review and revise the judgment of said court in the case of Ollie Counts v. State of Alabama, 4 So. 2d 178.

The only question presented for review has been this day decided adversely to petitioner in the case of Ollie Counts v. State, post, p. 581, 4 So.2d 179; and it necessarily follows that the petition of Ollie Counts will be denied upon that authority.

Writ denied.

GARDNER, C. J., THOMAS, and BROWN, JJ., concur.